**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: December 4, 2015 |
| Court Reporter: Janet Coppock | Time: 32 minutes |
| Probation Officer: Kyla Hamilton | Interpreter: Cathy Bahr |

**CASE NO.  15-CR-00262-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Robert Brown |
| Plaintiff, | |
| vs. | |
| **DENIS PINEDA-DIAZ,** | Timothy O'Hara |
| Defendant. | |

**SENTENCING**

**1:35 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement, the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. O'Hara in support of the defendant's Motion for a Departure Based on Time Served in State Custody and Motion for a Variant Sentence and comments addressing sentencing.

Page Two
15-CR-00262-PAB
December 4, 2015

Argument by Mr. Brown and comments addressing sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for a Departure Based on Time Served in State Custody [Docket No. 26], is **DENIED**.

**ORDERED:** Defendant's Motion for a Variant Sentence [Docket No. 27], is **DENIED**.

Defendant entered his plea on **August 18, 2015** to the **Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **21** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

Page Three
15-CR-00262-PAB
December 4, 2015

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**)   If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   No fine is imposed because the defendant does not have the ability to pay a fine.

**ORDERED:**   Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under § 3E1.1 [Docket No. 25], is **GRANTED.**

**ORDERED:**   Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**2:08 p.m.     COURT IN RECESS**

**Total in court time:   32 minutes**

**Hearing concluded**